Case 1:26-cr-00357-JGK Document 26 Filed 09/11/26 Page 1 of 1

# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York 11361**
**Tel (516) 829-2299**
***jp@jpittell.com***

*Long Island Office*
**10 Bond St, Suite 389**
**Great Neck, New York 11021**
**Tel (516) 829-2299**
***jp@jpittell.com***

September 10, 2026

Hon. John G. Koeltl
U.S. District Court - Southern District of New York
500 Pearl St.
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED**

J G Koeltl
John G. Koeltl, U.S.D.J.
9/11/26

Re: *U.S. v. Trejo, et al., 26 Cr. 357 (JGK)* {Erihk Belis}

Dear Judge Koeltl:

I am counsel for Erihk Belis, a defendant in the above referenced matter.

The initial case status conference in this matter is scheduled for September 16, 2026. However, I have a scheduling conflict on this date as I will be out of town.

I have conferred with James Roth, Esq. who is counsel for a co-defendant. He is willing to appear on my behalf for the purpose of representing Mr. Belis during the status conference. I have discussed this circumstance with Mr. Belis. He consents to Mr. Roth appearing on his behalf.

Based upon the foregoing, please accept this letter in lieu of a formal motion requesting Mr. Roth to appear on my behalf during the status conference.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc: Erihk Belis
James Roth, Esq.
Government counsel of record (by ECF)